SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel.: (702) 304-0432
Fax:  (702) 922-3851

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>ROD BROOKS, an individual; and I AM A 911 OPERATOR, an entity of unknown origin and nature,<br><br>Defendants. | Case No.: 2:10-cv-01654-GMN-LRL<br><br>**STATUS REPORT** |

Righthaven LLC ("Righthaven") hereby submits its Status Report ("Status Report"), and in support thereof alleges as follows:

Righthaven filed its Complaint (Docket No. 1) in the above-captioned matter on September 24, 2010, and effectuated service on Defendant, Rod Brooks ("Mr. Brooks"; collectively with I Am A 911 Operator ("911 Operator") known herein as the "Defendants") in person, by a process server in British Columbia, Canada, on or about September 28, 2010 (Docket No. 5).  Defendants filed their Answer *pro se,* on October 19, 2010 (Docket No. 7).  The address on the Defendants' Answer was different than that indicated on the proof of service, where Mr. Brooks had been served.  The Defendants did not provide a telephone number or electronic address on the Answer (Docket No. 7).

On October 22, 2010, Righthaven prepared correspondence to Defendants and sent it via United States Mail to the address that was included on the Defendants' Answer, with first-class postage affixed thereto, requesting that the Defendants contact Righthaven to schedule the discovery conference, pursuant to Local Rule 26-1(d) (the "Discovery Conference"). A copy of the letter dated October 22, 2010 is attached hereto as Exhibit "A." Righthaven received no response from the Defendants.

On December 8, 2010, Righthaven again prepared correspondence to Defendants and sent it via United States Mail, with first-class postage affixed thereto, requesting that the Defendants contact Righthaven to schedule the Discovery Conference. A copy of the letter dated December 8, 2010 is attached hereto as Exhibit "B." Righthaven again received no response from the Defendants.

On or about January 24, 2011, Righthaven received correspondence from the Defendants, dated January 17, 2011, which is attached hereto as Exhibit "C." The Defendants stated that they received Righthaven's correspondence dated December 8, 2010, and that he had provided Righthaven and the Court with an incorrect address. Righthaven would like to note to the Court that the address on the Defendants' correspondence dated January 17, 2011, is different from that on his revised pleading, attached to the correspondence, which he claims to have sent to the Court for correction. *See*, Exhibit "C." Consequently, Righthaven remains unsure which address is the correct address to reach the Defendants.

While it is not apparent whether or not Mr. Brooks received the first correspondence dated October 22, 2010, Mr. Brooks certainly did receive the second correspondence dated December 8, 2010, as it was referenced in the letter dated January 17, 2011, which is attached hereto as Exhibit "C". However, rather than contacting Righthaven in an effort to schedule the Discovery Conference, as requested in the letters, Mr. Brooks merely provided some information regarding discovery, along with other information that is not applicable to the Joint Discovery Plan and Scheduling Order, in order to comply with his obligation under LR 26-1. Mr. Brooks also did not provide Righthaven with any contact information other than his physical address, which, as discussed above, remains an issue.

Given the Defendants' unwillingness to be responsive to Righthaven's request to schedule the Discovery Conference, the obvious confusion regarding the Defendants' correct address, and the lack of any other contact information for the Defendants which would enable to Righthaven to contact the Defendants' directly, it has been difficult to coordinate the discussion and filing of the Joint Discovery Plan and Scheduling Order.

As such, Righthaven requests that the Court provide Righthaven with thirty (30) days from the date of the Order, if any, regarding the issues raised in this Status Report to attempt to contact Mr. Brooks, to hold the Discovery Conference and to file a Joint Discovery Plan and Scheduling Order; provided, however, that if Mr. Brooks does not respond to Righthaven's written request to hold the Discovery Conference, which will be directed to both of the Defendants' potential addresses, that Righthaven shall be permitted to file an Individual Discovery Plan and Scheduling Order.  Righthaven further requests the Court enter an Order directing the Defendants to provide Righthaven with the Defendants' current phone number, in compliance with LR 10-2(a), so that Righthaven has a means of communicating with the Defendants other than just regular mail.

Dated this 18th day of April, 2011.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel.: (702) 304-0432
Fax:  (702) 922-3851

*Attorney for Righthaven LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of Righthaven LLC and that on this 18th day of April, 2011, I caused **STATUS REPORT** to be to be served by the Court's CM/ECF system, as well as deposited in a sealed envelope, a copy of in the United States Mail, with first-class postage affixed thereto, to the following persons:

ROD BROOKS
21-71 Dallas Road
Victoria, B.C.
Canada V8V 1A2

I AM A 911 OPERATOR
c/o Rod Brooks
21-71 Dallas Road
Victoria, B.C.
Canada V8V 1A2

and

ROD BROOKS
21-72 Dallas Road
Victoria, B.C.
Canada V8V 1A2

I AM A 911 OPERATOR
c/o Rod Brooks
21-72 Dallas Road
Victoria, B.C.
Canada V8V 1A2

*Pro Se Defendants*

By: /s/ Josh Aronson
An Employee of Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5900