SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel.: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff Righthaven LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>ROD BROOKS, an individual; and I AM A 911 OPERATOR, an entity of unknown origin and nature,<br><br>Defendants. | Case No.: 2:10-cv-01654-GMN-LRL<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

     Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Righthaven LLC and Defendants, Rod Brooks and I Am a 911 Operator pursuant to Rule 26(f)(2) hereby agree and stipulate to dismiss this action with prejudice with each party to bear its own attorneys' fees and costs.

///

///

///

///

///

1

**IT IS SO AGREED AND STIPULATED:**

Dated this 7th day of November, 2011.

| | |
|---|---|
| SHAWN A. MANGANO, LTD. | ROD BROOKS |
| By: /s/ Shawn A. Mangano, Esq.<br>SHAWN A. MANGANO, ESQ.<br>Nevada Bar No. 6730<br>shawn@manganolaw.com<br>9960 West Cheyenne Avenue, Suite 170<br>Las Vegas, Nevada 89129-7701<br>Tel.: (702) 304-0432<br>Fax: (702) 922-3851 | By: /s/ Rod Brooks<br>ROD BROOKS<br>72 Dallas Road<br>Victoria, BC V8V 1A2<br>Canada<br>Tel: (250) 294-6293 |
| *Attorney for Plaintiff Righthaven LLC* | *Pro Se Defendant Rod Brooks* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** _____